IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-93-RJC-DCK

SHEREE F. RUSSELL,

    Plaintiff,

v.

HARLAND CLARKE CORP.,

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Lawrence Morales II, filed March 3, 2011. Mr. Morales seeks to appear as counsel *pro hac vice* for Defendant Harland Clarke Corp.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Morales is admitted to appear before this court *pro hac vice* on behalf of Defendant Harland Clark Corp.

Signed: March 3, 2011

David C. Keesler
United States Magistrate Judge