IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:11-CV-93-RJC-DCK

| | |
|---|---|
| SHEREE F. RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>HARLAND CLARKE CORP.,<br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 21) notifying the Court that the parties reached a settlement on January 30, 2012. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 29, 2012**.

Signed: January 31, 2012

David C. Keesler
United States Magistrate Judge